1448

**2017–1295.   State ex rel. Ames v. Reinbold.**
In Procedendo. Case referred to mediation under S.Ct.Prac.R. 19.01.